# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# HARRISON DIVISION

**NATHANIEL COTTON**                                                              **PLAINTIFF**

V.                          **CASE NO. 3:22-CV-3033**

**JAIL ADMINISTRATOR HETTIE PARKER,**
Searcy County Detention Center                                        **DEFENDANT**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 6) filed in this case on August 23, 2022, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, the case is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rules of Civil Procedure 41(b) and Local Rule 5.5(c)(2).

**IT IS SO ORDERED** on this 12th day of September, 2022.

                                                 */s/ Timothy L. Brooks*
                                                 TIMOTHY L. BROOKS
                                                 UNITED STATES DISTRICT JUDGE